**Order entered January 2, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00512-CR

**HILARIO SANTIAGO-BATISTA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82818-2016**

## ORDER

Before the Court is the December 21, 2017 first motion to extend time to file the State's brief. We **GRANT** the motion and **ORDER** the State's brief received on December 21, 2017 filed as of the date of this order.

/s/    LANA MYERS
         JUSTICE